## Section 1: Federal Civil Rights Complaint

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

APRIL LINNEA HARRIS-HARVIN, Plaintiff,

**HD**

v. CARROLL COUNTY GOVERNMENT, et al., Defendants.       Rcv'd by: _____

USDC- BALTIMORE
'25 AUG 26 PM 1:58

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)**   JRR 25 CV 2802

**Introduction / Framing:** This case demonstrates a recurring pattern in Carroll County District Court: systematic denial of discovery rights, refusal to grant postponements for compliance, and judicial bias that culminated in unconstitutional convictions. Plaintiff brings this action under 42 U.S.C. § 1983 for violations of the Fourteenth Amendment's guarantees of due process and equal protection.

**Facts (Condensed):** On March 16, 2025, Plaintiff was stopped by Westminster Police and issued Citation No. 03T1ABW. Plaintiff filed a timely discovery request on March 20, 2025, which was properly docketed and electronically served on the State's Attorney's Office and police liaison. Despite verified proof of service, the State failed to respond or produce any discovery. Plaintiff's motions to postpone were denied, and the court proceeded to trial on May 9, 2025, entering a guilty verdict without evidence.

A second traffic stop and case in July 2025 followed the same pattern. Plaintiff again filed discovery requests and a Motion to Compel. The State's Attorney explicitly disclaimed involvement in the case, stating it was not pursuing the matter. Despite this, the court refused to dismiss the charges for lack of evidence and instead scheduled the case for trial. If Plaintiff is found guilty in the July matter, that conviction will have been entered without a prosecuting party, without discovery, and without evidence, further compounding the constitutional violations already at issue.

**Pattern of Misconduct:** These proceedings reflect a broader pattern of judicial irregularity and bias in Carroll County District Court. Plaintiff has filed formal complaints with the Maryland Judicial Disabilities Commission documenting Judge Erin Danz's repeated disregard for discovery rules, her refusal to acknowledge docketed filings, and her entry of judgments unsupported by evidence.

This was not a neutral tribunal but a "Kangaroo Court" in which rules of evidence and procedure were disregarded, and Plaintiff's constitutional rights were systematically denied.

Plaintiff further notes that certain discovery materials and agency communications, previously available, are now missing from official channels. While Plaintiff cannot confirm intentional spoliation at this stage, the disappearance of key documents raises serious concerns about record tampering and the integrity of the proceedings.

**Systemic Collusion:** The violations at issue are not isolated to police error or judicial oversight. Instead, they reflect a systemic pattern in which Westminster Police failed to comply with discovery obligations, and Carroll County District Court judges refused to enforce those obligations or grant postponements. Together, these actions created a closed loop of constitutional denial: police withheld, courts enabled, and Plaintiff was repeatedly convicted without evidence. Such collusion between law enforcement and the judiciary magnifies the constitutional harm and supports liability for damages and injunctive relief.

**Relief Requested:**

1. Declaratory Relief – A judicial declaration that Defendants violated Plaintiff's constitutional rights under the Fourteenth Amendment by denying discovery and due process.

2. Injunctive Relief – An order requiring Carroll County courts to enforce discovery obligations, prohibit trials without discovery compliance, and ensure impartial adjudication moving forward.

3. Vacatur of Convictions – An order vacating with prejudice the March 2025 conviction already entered against Plaintiff, and any conviction that may result from the pending July 2025 matter, which has been scheduled for trial despite the State disclaiming prosecution and failing to produce discovery.

4. Damages Against Municipal Defendants – Compensatory and punitive damages against Carroll County Government and Westminster Police Department, whose policies, customs, and practices caused the constitutional violations.

5. Costs & Fees – Reasonable fees and litigation costs under 42 U.S.C. § 1988

6. Discovery- An order compelling discovery limited to verification of government-owned IP addresses identified in Plaintiff's logs, and related internal communications, to determine the scope of surveillance and interference.